# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

MARTIN LENAGHAM
**Plaintiff**

**V.**

PLAS-MAC CORPORATION
**Defendant**

**CASE NO.** CV26148438

**JUDGE** NANCY A FUERST

## SUMMONS

SUMC CM

**Notice ID:** 62356731

| | | |
|---|---|---|
| From: | MARTIN LENAGHAM<br>7462 RICHMOND RD<br>OAKWOOD VILLAGE OH 44146 | P1 |

| | |
|---|---|
| Atty.: | MICHAEL T CONWAY<br>3456 SANDLEWOOD DR<br>BRUNSWICK, OH 44212-0000 |

| | | |
|---|---|---|
| To: | PLAS-MAC CORPORATION<br>30250 CARTER STREET<br>SOLON OH 44139 | D1 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 10/16/2026

**By** Linda Moore
**Deputy**

CMSN130

**EXHIBIT B**

Date Produced: 10/26/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8221 0330 64. Our records indicate that this item was delivered on 10/23/2026 at 10:36 a.m. in SOLON, OH 44139. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient : 30250 CARTER ST, SOLON, OH 44139

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C26883.2018550

CV26148438 / 62356731 / PLAS-MAC CORPORATION / 2026-10-30 05:02 Sent To: 30250 CARTER STREET SOLON, OH 44139